UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FRANK LUBINSKAS,**

       **Plaintiff,**                  **Case No.:** 6:16-cv-01622-CEM-DCI

**v.**

**AMICA MUTUAL INSURANCE COMPANY,**

       **Defendant.**
_____/

**NOTICE OF SERVICE OF PLAINTIFF'S ANSWERS TO INTERROGATORIES**

      **COMES NOW** Plaintiff, FRANK LUBINSKAS, by and through his undersigned counsel, and hereby gives notice that the Interrogatories dated December 12, 2016 have been answered and served upon counsel for Defendant.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has electronically been filed with the Middle District Court of Florida, Orlando Division ECF System, with copies being furnished by email to John N. Cain, Esq., MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A., (jnc@manfitzlaw.com; adavis@manfizlaw.com; hh@manfitzlaw.com) this 12th day of January, 2016.

                                          */s/Michael S. Herring*
                                          **MICHAEL S. HERRING, ESQ.,**
                                          **Florida Bar No.: 0486078**
                                          **Herring & Herring, P.A.**
                                          1101 West First Street
                                          Sanford, Florida 32771
                                          Tel: (407) 323-6700
                                          Fax: 407-328-7467
                                          Primary EMail: michaelsherringpa@yahoo.com
                                          Secondary Email: herringandherringlaw@gmail.com