UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FRANK LUBINSKAS,**

    **Plaintiff,**

v.                                                                     Case No: 6:16-cv-1622-Orl-41DCI

**AMICA MUTUAL INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Remand ("Motion," Doc. 11). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 16), recommending that the Motion be denied. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Motion (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record